**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1397

RANDY L. THOMAS,

Plaintiff - Appellant,

versus

YNEZ OLSHAUSEN; MARY ELLEN MCDONALD; PETER
GORMAN; CHARLOTTE-MECKLENBURG POLICE
DEPARTMENT; CHARLOTTE-MECKLENBURG; STATE OF
NC,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Senior
District Judge. (3:07-cv-00130)

Submitted: July 24, 2007              Decided: July 27, 2007

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Randy L. Thomas, Appellant Pro Se.  Mark Weston Johnson, HELMS,
MULLISS & WICKER, PLLC, Charlotte, North Carolina; Richard Harcourt
Fulton, OFFICE OF THE CITY ATTORNEY, Charlotte, North Carolina;
Thomas J. Ziko, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Thomas seeks to appeal the magistrate judge's order transferring this 42 U.S.C. § 1983 (2000) action to a particular district court judge. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Thomas seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED